

**SIGNED THIS 22nd day of May, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **LMMS, INC.,** ) | |
| ) | **Case No. 21-70664** |
| **Debtor.** ) | |

## FINAL DECREE CLOSING CHAPTER 11 CASE

This matter having come before the Court on the Reorganized Debtor's "Application for Entry of Final Decree" (the "Application") seeking entry of a final decree closing this Chapter 11 proceeding pursuant to § 350 of the Bankruptcy Code; and based on the pleadings filed and record created herein (collectively, the "Record"), the Court finds that:

a. Service of the Application, as set forth in that document, was good and proper, and timely and sufficient under the Bankruptcy Rules, and no other further notice or service of the Application need be given.

b. No response was timely filed or properly served by the any party being affected

by this Order.

  c. The Reorganized Debtor has fully complied with all terms of the Plan.

  d. The Reorganized Debtor has submitted the appropriate reports to the Office of the United States Trustee and made all payments to the Office of the United States Trustee as required by 28 U.S.C. § 1930.

  e. The Plan has been fully administered and this case should be closed.

and

  f. It appears that the relief requested in the Application is in the best interests of the Reorganized Debtor, its estate, and creditors and other parties-in-interest.

After due deliberation of the Record, the Court further finds good and sufficient cause exists for the granting of the relief as set forth herein, and it is therefore:

**HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Application is **GRANTED**.

2. This Chapter 11 case shall be, and hereby is, closed.

3. This Court retains jurisdiction to the extent provided for in the Plan and Confirmation Order.

**\*\*END OF ORDER\*\***

I ask for this:

/s/ David Cox
David Cox (VSB #38670)
Cox Law Group, PLLC
900 Lakeside Dr.
Lynchburg, VA 24501
david@coxlawgroup.com
434-845-2600
*Counsel for the Reorganized Debtor*

Seen:

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
United States Department of Justice
Office of The United States Trustee
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
*Trial Attorney for the United States Trustee*